UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MIRROR IMAGING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BANCORPSOUTH BANK,<br><br>    Defendant. | Civil Action No. 6:21-cv-00578-ADA |

### ORDER GRANTING SUMMARY JUDGMENT

This Court, after considering Defendant BancorpSouth Bank's Motion for Summary Judgment, is of the opinion that the Motion should be granted because it remains unopposed after the deadline for opposition. Dkt. Nos. 21, 25.

The Court hereby **GRANTS** the Motion for Summary Judgment (of noninfringement) in its entirety. Dkt. No. 21.

**SIGNED** THIS 7th day of April, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE